UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

RALPH D. SWIFT,

           Defendant.

Case No. 11-CR-130-JPS

ORDER

On December 15, 2011, United States Magistrate Judge Patricia J. Gorence issued a recommendation that this court deny defendant Ralph Swift's ("Swift") motion to suppress. Neither the defendant nor the government has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1)(C) and Fed. R. Crim. P. 59(b)(2). After reviewing the recommendation, the court adopts it in its entirety and denies Swift's motion to suppress. *See United States v. Edwards*, 894 F.Supp. 340, 341 (E.D.Wis. 1995) (holding *de novo* review only required for portions of magistrate's recommendation to which timely objection is made). Accordingly,

IT IS ORDERED that the December 15, 2011 recommendation of Magistrate Gorence (Docket #164) that defendant Ralph Swift's motion to suppress (Docket #145) be denied be and the same is hereby ADOPTED; and

IT IS FURTHER ORDERED that defendant Ralph Swift's motion to suppress (Docket #145) be and the same is hereby DENIED.

Dated at Milwaukee, Wisconsin, this 6th day of January, 2012.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge